February 10, 1984.

472 A.2d 242

Amadio et ux., Appellants, v. Levin, et al.
Petition for Allowance of Appeal
Granted July 11, 1984.

Argued October 4, 1983. Jill Fol-
lows, for appellants; Gregory B. Hook, for appellees.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

The order entering judgment for appellees in the wrongful death and survival actions is affirmed.